1076

Present — Goldman, P. J., Del Vecchio, Witmer, Bastow and Henry, JJ.

LILLY A. STOCK et al., Respondents, v. HASKELL G. BUFF et al., Appellants. (Appeal No. 1.)

Present — Del Vecchio, J. P., Marsh, Gabrielli and Moule, JJ.

LILLY A. STOCK et al., Plaintiffs, v. HASKELL G. BUFF, Appellant, and GRAND ISLAND TRANSIT CORPORATION, Respondent, et al., Defendants. (Appeal No. 2.) —

Present — Del Vecchio, J. P., Marsh, Gabrielli and Moule, JJ.

H. L. BAUGHMAN, INC., Appellant v. NEW YORK STATE THRUWAY AUTHORITY, Respondent.—